ARMAND QUERTIER *v.* THE FIRST MUNICIPALITY OF NEW ORLEANS.

THE defendants have appealed from a judgment of the Commercial Court of New Orleans, *Watts,* J., in favor of the plaintiff, for the amount of the appraisement of a lot of ground, abandoned to the defendants, under the provisions of the act of 3 April, 1832, relative to the opening and improvement of the streets and public places in the city of New Orleans.

*L. Janin,* for the plaintiff.

*Roselius,* for the appellants.

GARLAND, J. This case arises out of that of the *Application for the extension of Barrack street, ante,* p. 491. Quertier

was placed on the tableau of the commissioners, as one of the persons whose property would be affected by the opening of Barrack street, and the property was appraised at $4,800, whereupon he abandoned it to the corporation by an authentic act, as he contends he had a right to do, under the 5th section of the act of April 3rd, 1832, relative to the opening of streets, &c. in this city. B. & C. Dig. p. 112. The Municipality having refused to pay him, he sues to recover the aforesaid sum, with six per cent interest as authorized by the above mentioned act. The defence of the Municipality rests upon the principles assumed for the purpose of annulling the judgment of homologation, in the case of the *Application for the extension of Barrack street*. Having decided those grounds to be insufficient, it follows as a necessary consequence that the defence must fail.

*Judgment affirmed.*